**Fill in this information to identify the case:**

Debtor name __Windhaven Insurance Services, LLC__

United States Bankruptcy Court for the: _____    District of __Delaware__
(State)

Case number (If known): __20-10525__

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**   $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. __See Attached__ | _____ | ____ ____ ____ ____ | $_____ |
   | 3.2. _____ | _____ | ____ ____ ____ ____ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**   $ __1,746,007.36__
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____   $_____
   7.2. _____   $_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment
   8.1. See Attached                                                                  $ 59,125.69
   8.2. _____                                $ _____

9. **Total of Part 2.**                                                               $ 59,125.69

   Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☒ Yes. Fill in the information below.

                                                                                       **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:    7,351.41            –    _____    = →       $ 7,351.41
                                 face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:       1,584,364.39        –    105,152.00         = →       $ 1,479,212.39
                                 face amount              doubtful or uncollectible accounts

12. **Total of Part 3**                                                                $ 1,486,563.80

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                         **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:
    14.1. _____    _____    $ _____
    14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                          % of ownership:
    15.1. _____    _____ %    _____    $ _____
    15.2. _____    _____ %    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:
    16.1. _____    _____    $ _____
    16.2. _____    _____    $ _____

17. **Total of Part 4**                                                                $ _____

    Add lines 14 through 16. Copy the total to line 83.

Debtor ___Windhaven Insurance Services, LLC_____  Case number (*if known*)___20-10525_____
        *Name*

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**
- ☒ No. Go to Part 6.
- ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**  $_____
Add lines 19 through 22. Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
- ☐ No
- ☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ☒ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ❏ No

    ❏ Yes. Is any of the debtor's property stored at the cooperative?

    ❏ No
    ❏ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ❏ No

    ❏ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ❏ No
    ❏ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ❏ No
    ❏ Yes

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☒ No. Go to Part 8.

    ❏ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ❏ No
    ❏ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ❏ No
    ❏ Yes

Debtor __Windhaven Insurance Services, LLC_____  Case number *(if known)* __20-10525_____
       *Name*

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☐ No. Go to Part 9.
- ☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 See attached | $_____ | Loan or Market | $ 78,686.89 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____ $_____ _____ $_____

**51. Total of Part 8.**  $ 78,686.89
Add lines 47 through 50. Copy the total to line 87.

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
- ☒ No
- ☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

Debtor __Windhaven Insurance Services, LLC_____   Case number (*if known*)__20-10525_____
             Name

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
    ☒ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**                                                                                                           $_____
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☒ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**                                                                                                          $_____
    Add lines 60 through 65. Copy the total to line 89.

Debtor  Windhaven Insurance Services, LLC                         Case number (*if known*) 20-10525
         Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    - ❏ No
    - ❏ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ❏ No
    - ❏ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ❏ No
    - ❏ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☒ No. Go to Part 12.
    - ❏ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    _____  _____ − _____ = → $_____
                                             Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____    Tax year _____    $_____
    _____    Tax year _____    $_____
    _____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**
    _____                              $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    _____                              $_____
    **Nature of claim**       _____
    **Amount requested**      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____                              $_____
    **Nature of claim**       _____
    **Amount requested**      $_____

76. **Trusts, equitable or future interests in property**
    _____                              $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    _____                              $_____
    _____                              $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                                       $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ❏ No
    - ❏ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 1,383,097.41 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 59,125.69 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 1,486,563.80 | |
| 83. **Investments.** Copy line 17, Part 4. | $ | |
| 84. **Inventory.** Copy line 23, Part 5. | $ | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 78,231.35 | |
| 88. **Real property.** Copy line 56, Part 9. ➔ | | $ |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column. ............ 91a. | $ 3,007,018.25  + 91b. | $ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................................  $ 3,007,018.25

**Windhave Insurance Services, LLC**
**Case No. 20-10525**
**Schedule A/B Part 1**

| Name of Institution | Type of Account | Acct Number | Bank Bal | |
|---|---|---|---|---|
| City National Bank | Commercial Checking | 1589 | 1,103,712.66 | WIS Premium Escrow OBO WNIC |
| City National Bank | Commercial Checking | 1505 | 361.44 | WIS Commission WNIC |
| City National Bank | Commercial Checking | 0703 | 560,811.68 | WIS Reinsurance Commission Escrow |
| City National Bank | Commercial Checking | 1547 | 57,195.61 | WIS Refunds OBO WNIC |
| City National Bank | Commercial Checking | 6184 | 2,172.55 | WIS Commission OACM |
| City National Bank | Commercial Checking | 5813 | - | WIS Refund Account OBO OACM |
| City National Bank | Commercial Checking | 5855 | 21,753.42 | WIS Operating Account |
| City National Bank | Commercial Checking | 5774 | - | WIS Claims Account OBO OACM |
| | | | 1,746,007.36 | |

**Windhaven Insurance Services,LLC**
**Case No. 20-10525**
**Schedule A/B Part 2**
**Deposits and Prepaids**
 **3/4/2020**

| Entity | Acct # | Type | Amount |
|---|---|---|---|
| WIS | 173 | Prepaid Insurance | 59,125.69 |

**Counterparty**

Arthur Gallagher (First Insurance)		Is on installments - last payment was 2/11/2020

Not an actual prepayment, set up for acctg purposes with corresponding liability

**Windhaven Insurance Services**
**Case No. 20-105-25**
**Schedule A/B Part 8**

| Current Location | YEAR | MAKE | MODEL | VIN # | PLATE | DRIVER | REGISTERED STATE | DEPARTMENT | Loan Balance 1/31/20 | Valuation | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Loss | 2014 | FORD | FUSION | 1FA6P0G71E5395315 | HMP2486 | Elliot Sewell | TX | Marketing | | | |
| DALLAS Parking | 2016 | NISSAN | SENTRA | 3N1AB7APOGY210040 | JTS-6149 | LOANER CAR | TX | Corporate | | Market Value | 11,054.00 |
| Russell Smith DRP | 2017 | NISSAN | VERSA | 3N1CN7AP1HK468412 | KNH-1752 | SCOTT NELSON | TX | Appraiser | | Market Value | 9,976.00 |
| Dallas Parking | 2017 | NISSAN | VERSA | 3N1CN7AP4HK468761 | KNH-1751 | JOHANA HARRIS | TX | Marketing | 4,841.30 | Loan Value | 4,841.30 |
| DALLAS Office | 2017 | NISSAN | VERSA | 3N1CN7AP5HL892041 | KLN-7655 | | TX | Appraiser | 4,538.59 | Loan Value | 4,538.59 |
| DALLAS Office | 2017 | NISSAN | VERSA | 3N1CN7AP6HK469085 | KLN-7658 (2YRS) | LOANER CAR | TX | Corporate | 4,538.59 | Loan Value | 4,538.59 |
| Dallas Office | 2017 | NISSAN | VERSA | 3N1CN7AP6HL893375 | KLN-7659 | CLAY PRICE | TX | Appraiser | 4,538.59 | Loan Value | 4,538.59 |
| Unknown | 2017 | NISSAN | VERSA | 3N1CN7AP8HL885326 | JYR0172 | SCOTT HILLEGASS | TX | Marketing | 1,720.47 | Loan Value | 1,720.47 |
| DALLAS Parking | 2018 | NISSAN | VERSA | 3N1CN7AP3JL829820 | KSN-5251 | JOSE AREOLA | TX | SIU | 6,151.40 | Loan Value | 6,151.40 |
| Atlas DRP | 2018 | NISSAN | VERSA | 3N1CN7AP6JL814311 | KSN-5252 | GILBERT GONZALEZ | TX | N/A | 6,262.80 | Loan Value | 6,262.80 |
| Russell Smith DRP | 2018 | NISSAN | VERSA | 3N1CN7AP8JL831191 | KSN-5250 | ANGEL FUENTES | TX | Appraiser | 6,262.80 | Loan Value | 6,262.80 |
| Dallas Parking | 2018 | NISSAN | VERSA | 3N1CN7AP4JL869999 | LFM-0601 | Daniel Torres | TX | Appraiser | | Market Value | 10,571.00 |
| Dallas Parking | 2018 | NISSAN | VERSA | 3N1CN7AP1JL870060 | LFB0693 | CHELSI AIDOO | TX | Marketing | 8,231.35 | Loan Value | 8,231.35 |
| | | | | | | | | | | | 78,686.89 |