**Fill in this information to identify the case:**

Debtor name: Windhaven Insurance Services, LLC

United States Bankruptcy Court for the: District of Delaware (State)

Case number (If known): 20-10525

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:  List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

   *Column A* **Amount of claim** Do not deduct the value of collateral.
   *Column B* **Value of collateral that supports this claim**

   **2.1 Creditor's name:** Atalaya Special Opportunities Fund VII LP
   **Describe debtor's property that is subject to a lien:** Guarantor in Guarantee Collateral Agreement
   $ 32,960,123.00     $ 0.00

   **Creditor's mailing address:**
   780 Third Avenue, 27th Floor
   New York, NY 10017

   **Describe the lien:** Credit Agreement

   **Creditor's email address, if known:** sarnobat@atalayacap.com

   **Is the creditor an insider or related party?**
   ☒ No
   ☐ Yes

   **Date debt was incurred:** 03/04/19
   **Last 4 digits of account number:** ___ ___ ___ ___

   **Is anyone else liable on this claim?**
   ☐ No
   ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

   **Do multiple creditors have an interest in the same property?**
   ☐ No
   ☒ Yes. Specify each creditor, including this creditor, and its relative priority.
   Atalaya Special Opportunities Fund VII LP-Senior
   Greenlight Reinsurance LTD-Subordinated

   **As of the petition filing date, the claim is:** Check all that apply.
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

   **2.2 Creditor's name:** Greenlight Reinsurance, Ltd
   **Describe debtor's property that is subject to a lien:** Guarantor in Guarantee and Collateral Agreement
   $ 6,930,000.00     $ 0.00

   **Creditor's mailing address:**
   65 Market Street, Jasmine Court, Camana Bay
   P.O. Box 31110 KYi-1205
   Grand Caymon, Caymon Islands

   **Describe the lien:** Secured Convertable Promissory Note

   **Creditor's email address, if known:**

   **Is the creditor an insider or related party?**
   ☒ No
   ☐ Yes

   **Date debt was incurred:** 03/04/19
   **Last 4 digits of account number:** ___ ___ ___ ___

   **Is anyone else liable on this claim?**
   ☐ No
   ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

   **Do multiple creditors have an interest in the same property?**
   ☐ No
   ☒ Yes. Have you already specified the relative priority?
      ☐ No. Specify each creditor, including this creditor, and its relative priority.
      ☒ Yes. The relative priority of creditors is specified on lines 2.1

   **As of the petition filing date, the claim is:** Check all that apply.
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 48,885,503.00

Debtor  Windhaven Insurance Services, LLC
_____Name_____

Case number (*if known*) 20-10525

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Part 1:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3**  **Creditor's name**

Greenlight Reinsurance, LTD.

**Creditor's mailing address**

65 Market Street, Suite 1207
Jasmine Court, Camana Bay
Grand Cayman

**Creditor's email address, if known**

**Date debt was incurred**  03/04/19
**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
❏ No
☒ Yes. Have you already specified the relative priority?
   ❏ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Guarantor in Guarantee and Collateral Agreement

**Describe the lien**  Second Lien Credit Agreement

**Is the creditor an insider or related party?**
☒ No
❏ Yes

**Is anyone else liable on this claim?**
❏ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

$ 8,995,380.00    $ 0.00

---

**2.4**  **Creditor's name**

Nissan Motor Acceptance Corporation

**Creditor's mailing address**

P.O. Box 742658
Cincinnati, OH 45274-2658

**Creditor's email address, if known**

**Date debt was incurred**  _____
**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
❏ Yes. Have you already specified the relative priority?
   ❏ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Nissan Versa

**Describe the lien**  Auto Loan

**Is the creditor an insider or related party?**
☒ No
❏ Yes

**Is anyone else liable on this claim?**
☒ No
❏ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

$ 47,085.89    $ 47,085.89

---

Debtor __Windhaven Insurance Services, LLC_____     Case number (*if known*)____20-10525_____
        *Name*

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Midtown Madison Management LLC<br>780 Third Avenue, 27th Floor<br>New York, NY 10017 | Line 2. _1_ | ___ ___ ___ ___ |
| DLA Piper LLP (US)<br>1251 Avenue of Americas<br>New York, NY 10020 | Line 2. _1_ | ___ ___ ___ ___ |
| Greenlight Reinsurance, Ltd.<br>P.O. Box 31110, KY1-1205<br>Grand Cayman, Cayman Island | Line 2. _2 and 2.3_ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Form 206D      Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**      page ___ of ___